472 A.2d 239

Commonwealth v. Winter, Appellant (at No. 2990).

Commonwealth v. Cromwell, Appellant (at No. 2902).

Reargument Denied March 16, 1984.

Petition for Allowance of Appeal
Denied Oct. 1, 1984.

■■■■■■

■■■■■■ Submitted June 15, 1983. Alan Ellis, for appellants; Stewart L. Kurtz, District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and McEWEN and HOFFMAN, JJ.

The orders of the learned Huntingdon County Common Pleas Court Judge Newton C. Taylor are affirmed.